1  Curtis E. Smolar (SBN 194700)
   Jaemin Chang (SBN 232612)
2  BAY CAPITAL LEGAL PC
   Hobart Building
3  582 Market Street, Suite 805
   San Francisco, CA 94104
4  Tel: (415) 445-2570
   Fax: (415) 462-5737
5

6
   Attorneys for Defendant
7  WON HYUN ENTERPRISES INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES; HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ZEPHYR CAFÉ; MAGDALENE Y. HO, TRUSTEE OF THE NG REVOCABLE LIVING TRUST, and TRUSTEE OF THE NG SURVIVOR'S TRUST; and WON HYUN ENTERPRISES INC., a California corporation,<br><br>Defendants. | Case No. CV08-2293 PJH<br><br>**STIPULATION TO EXTEND DEFENDANT WON HYUN ENTERPRISES INC'S TIME TO RESPOND TO COMPLAINT** |

    IT IS HEREBY STIPULATED between the parties in the above entitled action, by and through their attorneys of record, that Defendant WON HUYN ENTERPRISES INC'S time to respond to Plaintiffs' First Amended Complaint for Injunctive Relief and Damages is extended to June 19, 2008.

- 1 -
STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT
CV 08-02293 PJH

1  Good cause exists for this stipulation because (1) Defendant was personally served on May 20,
2  2008, (2) on May 26, 2008 Plaintiffs' counsel agreed to an extension of time to file an answer
3  to June 19, 2008, (3) on May 29, 2008, Defendant retained counsel for representation and the
4  parties have and are currently engaged in settlement discussions, (4) the parties stipulate to
5  extension of time to facilitate the parties to complete their settlement discussions without
6  further litigation, and (5) this stipulated extension of time should not affect any of the currently
7  set schedule for this case.

DATED: June 9, 2008        BAY CAPITAL LEGAL P.C.

                           By: _____
                              Jaemin Chang
                              Attorneys Defendant
                              WON HYUN ENTERPRISES INC.

DATED: June 9, 2008        THE FRANKOVICH GROUP LAWYERS

                           By: _____
                              Thomas E. Frankovich
                              Attorneys for PLAINTIFFS