1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
    CRAIG YATES
6  and DISABILITY RIGHTS
   ENFORCEMENT. EDUCATION.
7  SERVICES: HELPING YOU
   HELP OTHERS

8

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12 | CRAIG YATES, an individual; and              ) | CASE NO. CV-08-2293-PJH
   | DISABILITY RIGHTS, ENFORCEMENT.              ) |
13 | EDUCATION. SERVICES:HELPING YOU              ) | **Civil Rights**
   | HELP OTHERS, a California public benefit     ) |
14 | corporation,                                 ) | **RETURN OF SERVICE RE DEFENDANTS**
   |                                              ) | **MAGDALENE Y. HO, TRUSTEE OF THE**
15 |        Plaintiffs,                           ) | **NG REVOCABLE LIVING TRUST, and**
   |                                              ) | **TRUSTEE OF THE NG SURVIVOR'S**
16 | v.                                           ) | **TRUST; and WON HYUN ENTERPRISES**
   |                                              ) | **INC., a California corporation**
17 | ZEPHYR CAFE: MAGDALENE Y. HO,                ) |
   | TRUSTEE OF THE NG REVOCABLE                  ) |
18 | LIVING TRUST, and TRUSTEE OF THE             ) |
   | NG SURVIVOR'S TRUST; and WON                 ) |
19 | HYUN ENTERPRISES INC., a California          ) |
   | corporation,                                 ) |
20 |                                              ) |
   |        Defendants.                           ) |
21 | _____       ) |

22

23

24

25

26

27

28

RETURN OF SERVICE RE DEFENDANTS MAGDALENE Y. HO, TRUSTEE OF THE NG REVOCABLE LIVING TRUST, and TRUSTEE OF THE NG SURVIVOR'S TRUST; and WON HYUN ENTERPRISES INC., a California corporation

1

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | | |
| Telephone No: 415-674-8600 | FAX No: 415-674-9900 | | | |
| Attorney for: Plaintiff | | Ref. No. or File No<br>ZEPHYR CAFE | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: ZEPHYR CAFE, et al. | | | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2293 PJH |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE RIGHTS; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHTS OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III, ECF REGISTRATION INFORMATION HANDOUT, LETTER DATED MAY 15, 2008.

3. a. Party served:  MAGDALENE Y. HO, TRUSTEE OF THE NG REVOCABLE LIVING TRUST, and TRUSTEE OF THE NG SURVIVOR'S TRUST

4. Address where the party was served.  173 LADERA STREET
   MONTEREY PARK, CA 91754

5. I served the party.
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 09, 2008 (2) at: 2:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a as an individual defendant

7. Person Who Served Papers:
   a. TIMOTHY TIN

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   d  The Fee for Service was.   Recoverable Cost Per CCP 1033 5(a)(4)(B)
   e  I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:   4197
       (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Jun. 09, 2008

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS & COMPLAINT

   (TIMOTHY TIN)
   0419853.thofr-fg.135084

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No 415-674-9900 | |
| | Ref. No. or File No.:<br>ZEPHYR CAFE |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court

United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: ZEPHYR CAFE, et al

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2293 PJH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE RIGHTS; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHTS OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED MAY 15, 2008.

3. a. Party served: WON HYUN ENTERPRISES INC., a California corporation
   b. Person served: HYUN SOOK LEE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 3643 BALBOA STREET
   SAN FRANCISCO, CA 94121

5. I served the party:
   a by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 20, 2008 (2) at: 3:07PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WON HYUN ENTERPRISES INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a DOUG SCHROEDER
                                       d  The Fee for Service was:

   First Legal Support Services        e  I am: (3) registered California process server
   ATTORNEY SERVICES                       (i)  Independent Contractor
   1138 HOWARD STREET                      (ii) Registration No.: 190
   San Francisco, CA 94103                 (iii) County: Marin
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, May. 21, 2008

Judicial Council Form POS-010             PROOF OF SERVICE                  (DOUG SCHROEDER)
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS & COMPLAINT               6419851 thafr-fg.135083