```
                                          FILED
                                   08 JUL 15  AM 10: 55
                                   RICHARD W. WIEKING
                                   CLERK, U.S. DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA
```

1
2
3  Magdalene Y. Ho, Trustee of the Ng
   Revocable Living Trust and Ng
4  Survivor's Trust
   173 Ladera Steet
5  Monterey Park, CA 91754

6  Telephone No.: (626) 300-8588
   Fax Number:   (626) 570-9888
7
   Attorney In Pro Per
8

9

10           IN THE UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12 CRAIG   YATES,   an   individual;   and )   CASE NO. CV-08-02293-PJH
   DISABILITY  RIGHTS,  ENFORCEMENT, )
13 EDUCATION, SERVICES: HELPING YOU )      PROOF OF SERVICE BY MAIL
   HELP OTHERS, a California public benefit )
14 corporation                              )
                                            )
15                        Plaintiffs,       )
                                            )
16 vs.                                      )
                                            )
17 ZEPHYR CAFE; MAGDALENE Y. HO, )
   TRUSTEE  OF  THE  NG  REVOCABLE )
18 LIVING TRUST, and TRUSTEE OF THE NG )
   SURVIVOR'S TRUST; and WON HYUN )
19 ENTERPRISES, INC., a California corporation, )
                                            )
20                        Defendants.       )
                                            )
21 _____ )

22
        I, Douglas Lin, declare that I am over the age of 18 years and not a
23
   party to the case; I am employed or reside in the County of Los Angeles, California, where the
24
   mailing occurs; and my resident/business address is 2515 OCEAN VIEW Ave.
25
   #107 Los Angeles, CA 90057                                              .
26
        On July 15, 2008, I caused to be served the following documents:
27
        ANSWER OF MAGDALENE Y. HO, TRUSTEE OF THE NG REVOCABLE LIVING
28

1  **TRUST, AND TRUSTEE OF THE NG SURVIVOR'S TRUST, TO FIRST AMENDED**

2  **COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES,**

3  by placing a true copy of each document in a separate envelope addressed to each addressee,

4  respectively, as follows:

5  Thomas E. Frankovich, Esq.      Jaemin Chang
   Thomas E. Frankovich, PLC      Bay Capital Legal PC
   2806 Van Ness Avenue      Hobart Building

6  San Francisco, CA 94109      582 Market Street, Ste. 805
       San Francisco, CA 92104

7

8  I then sealed each envelope and, with first class mail postage thereon fully prepaid, I

9  deposited each in the United States Postal Service at Los Angeles, California.

10  I declare under penalty of perjury under the laws of the State of California that the foregoing

11  is true and correct.

12  Executed on _July 15, 2008_ Signature: _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28